**Curtis Dale RICHARDSON,
Plaintiff—Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT
OF CORRECTIONS; Willie Eagleton,
individually and officially; Captain
Rogers, et al. individually and official-
ly; Robin Chavis, individually and of-
ficially, Defendants–Appellees.**

No. 09–8017.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 26, 2010.

Curtis Dale Richardson, Appellant Pro
Se. Roy F. Laney, Heath McAlvin Stewart,
Riley, Pope & Laney, LLC, Columbia,
South Carolina, for Appellees.

Before WILKINSON, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Curtis Dale Richardson appeals the dis-
trict court's order denying his motion to
reconsider the order accepting the recom-
mendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2006) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Richardson v. South
Carolina Dep't of Corr.,* No. 4:08–cv–
02597–RBH (D.S.C. Oct. 1, 2009). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*